# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>                    Plaintiff,<br><br>        v.<br><br>WITCHER, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:05-CV-01246-OWW-DLB-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SEQUENTIAL FEE COLLECTION<br><br>(Doc. 12) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 15, 2006, plaintiff filed a motion challenging the current 20% per month deduction from his trust account pursuant to 28 U.S.C. § 1915(b)(2). Plaintiff requests that the total deduction from his trust account, for all his cases, not exceed 20% and further that the filing fees for each case be paid off sequentially.  Plaintiff argues that the current method of fee collection is unconstitutional in that an inmate could potentially have 100% of his income taken if he has multiple lawsuits.

28 U.S.C. § 1915(b) requires that if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full filing fee. 28 U.S.C. § 1915(b)(1).  The statute outlines how the fee is to be paid in each case: "After payment of the initial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b)(2).

1   Based on the unambiguous language of the statute, the Court has ordered the Director of the
2  California Department of Corrections or his designee to collect payments from plaintiff's prison trust
3  account in an amount equal to twenty percent (20%) of the preceding month's income credited to
4  the prisoner's trust account and to forward those payments to the Clerk of the Court each time the
5  amount in the account exceeds $10.00. The Court finds no basis to modify this order. Plaintiff's
6  motion is therefore denied.

IT IS SO ORDERED.

Dated:   **January 8, 2007**              **/s/ Dennis L. Beck**
3c0hj8                                     UNITED STATES MAGISTRATE JUDGE